## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00617–RPM–KMT

MARILYN DISHER,
    Plaintiff,
v.

BOKF, a National Association,
    Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, by and through her attorneys, and Defendant, by and through its attorneys, hereby moves this court to dismiss this action, on the merits, WITH PREJUDICE, each party to pay its own fees and costs.

The Clerk of Court is respectfully requested to close this case.

Respectfully submitted this 21st day of May, 2012

| | |
|---|---|
| MATTHEW R. OSBORNE, P.C. | Mills Schmitz & Zaloudek, LLP |
| /s/ Matthew R. Osborne | /s/ Brandy R. Maze |
| Matthew R. Osborne, #40835 | Brandy R. Maze, #33231 |
| 2055 S. Oneida St., Ste. 370 | Michael F. Mills, # 34859 |
| Denver, CO 80224 | 600 Seventeenth Street, Suite 2800 |
| (303)-759-7018 | Denver, CO 80202 |
| | (303) 266-5861 |
| Attorney for Plaintiff | |
| | Attorney for Defendant |