# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00617–RPM–KMT

MARILYN DISHER,

    Plaintiff,

v.

BOKF, a National Association,

    Defendant.

_____

## ORDER RE: STIPULATED MOTION TO DISMISS
_____

    THE COURT, having been advised of the Stipulated Motion to Dismiss with Prejudice, voluntarily dismisses this case WITH PREJUDICE and does hereby:

    ORDER that Case Number 12–cv–00617–RPM–KMT is dismissed WITH PREJUDICE

                                    BY THE COURT

                                    s/ Richard P. Matsch

Dated: May 23rd, 2012                          _____

                                    U.S. District Court Judge